UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**GEORGE PORTER (#88365)**

**VERSUS**

**DARREL VANNOY, ET AL.**

**CIVIL ACTION NO.**

**19-691-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 9, 2021 (Doc. 22), to which no objection was filed,

**IT IS ORDERED** that the Motion to Dismiss, (Doc. 16) filed by Darrel Vannoy is GRANTED, that this Court declines the exercise of supplemental jurisdiction over Plaintiff's potential state law claims and that Plaintiff's claims against James LeBlanc and the Louisiana State Penitentiary are dismissed *sua sponte* as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Judgement shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 12, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**